UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LYNN VANDERGRIFT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Commissioner of Social Security,<br><br>Defendant. | No. 1:25-cv-00299-KES-EPG<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>Doc. 11 |

On May 9, 2025, the parties filed a stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment. Doc. 11. Based upon the stipulation, and for good cause shown, IT IS ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four;

2. On remand, the Appeals Council shall remand the case to an administrative law judge for a new decision in accordance with the parties' stipulation (Doc. 11); and

///

///

///

///

3. The Clerk of Court is directed to enter a final judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner, and to terminate all pending dates.

IT IS SO ORDERED.

Dated:   May 12, 2025

_____
UNITED STATES DISTRICT JUDGE