Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
1990 N. California Blvd. 8th Floor
Walnut Creek, CA 94596
Tel: (925) 222-7071
Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
REGINA LYNN VANDERGRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| REGINA LYNN VANDERGRIFT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-00299-KES-EPG<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

IT IS ORDERED that Plaintiff's counsel's motion is granted under 42 U.S.C. §§ 406(b) and 1383(d)(2)(A). The Court approves a gross fee of $6,547.48 and authorizes payment to Francesco Benavides of $4,300.00 from Plaintiff's past-due benefits withheld and available for attorney fees, after crediting $2,247.48 in EAJA fees actually received. This credit satisfies the corresponding EAJA refund obligation; no separate refund or further deduction of that amount is required.

IT IS SO ORDERED.

Dated: October 6, 2026

UNITED STATES DISTRICT JUDGE